UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW WETZEL
V.
Melissa HENRY

DKT: 17-1132
Section:
JUDGE SECT. E MAG. 3

## Civil Rights Complaint

### 1. Jurisdiction

THIS court has jurisdiction as all the defendants live and work in the Parish of St. Tammany.

### 2. Plaintiff

The plaintiff is and was Andrew Wetzel.

### 3. Defendants

(A) Melissa Henry - Clerk of Court
(B) Unknown employees
(C) Known employees

TENDERED FOR FILING

FEB 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

All of the defendant are employed by the Clerk of Court for the 22nd Judicial District Court IN and for the Parish of St. Tammany.

pg 1 of 2

## 4.
## CLAIMS

On or about JAN 25, 2017, defendant Melissa HENRY failed to act and/or stop her employees from violating plaintiff's Consitionaual Rights of Due process and/or Access to the courts when she allowed defendants "unknown employees" and/or defendants "known employees" to failed to file Motions in a criminal case (#472552 'c') as per Louisiana law.

Defendants are not allowed to charge money nor can they by law Refuse to file Documents in a criminal case.

## 5.
## Relief

A) A Jury Trial
B) Court cost
C) an ORDER/ Injuction as Required
D) Damages

S/ /s/ Andrew Wetzel
Andrew Wetzel
#539129/ NYD #3
670 Bell Hill RD
Homer, LA 71040

pg 2 of 2

Clerk,  2-1-17

Please and file Into the REGRDS of this Court the enclosed suit.

Please mail me any forms I may be missing.

s/ [signature]
Andrew Wetzel
#539179/ NYD #3
670 Bell Hill RD
Homer, LA 71040

TENDERED FOR FILING

FEB 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Andrew Wetzel
#539179 / N4D #3
670 Bell Mill RD
Homer, LA 71040

SHREVEPORT LA 710
02 FEB 2017 PM 2 L

United States District Court
Eastern District - Clerk of Court
500 Poydras St
New Orleans, LA 70130

70130-335230